IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | |
|---|---|
| DOUGLAS CHAD HARRELL, # 938466 § | |
| § | |
| § | |
| v. § | CIVIL ACTION NO. G-03-1006 |
| § | |
| NATHANIEL QUARTERMAN, § | |
| DIRECTOR OF TDCJ-CID § | |

### ORDER

Before the Court is the Report and Recommendation of the United States Magistrate Judge that was entered on April 24, 2007. Petitioner has filed no objections.

Having given this matter *de novo* review under 28 U.S.C. § 636(b)(1)(C), this Court finds that the Report and Recommendation is correct and it is, therefore, **ACCEPTED** by this Court in its entirety and incorporated by reference herein.

Accordingly, it is **ORDERED** that the Petition for a Writ of Habeas Corpus of Douglas Chad Harrell (Instrument No. 1) is **DISMISSED** with prejudice.

**DONE** at Galveston, Texas this 24th day of May, 2007.

_____
Samuel B. Kent
United States District Judge