IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | |
|---|---|
| DOUGLAS CHAD HARRELL, # 938466 § | |
| § | |
| § | |
| v. § | CIVIL ACTION NO. G-03-1006 |
| § | |
| NATHANIEL QUARTERMAN, § | |
| DIRECTOR OF TDCJ-CID § | |

## FINAL JUDGMENT

For the reasons stated in this Court's Order entered on the same date herewith, this action is **DISMISSED WITH PREJUDICE**.

**THIS IS A FINAL JUDGMENT**.

**DONE** at Galveston, Texas this 24th day of May, 2007.

_____
Samuel B. Kent
United States District Judge